IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEION VINCENT BROWN *aka Peat aka D*, ROMEIRO MASED WILLIAMS *aka Rico*, JVON CORTEZ CROSBY *aka Clayton*, and BRANDON LAMAR LOUIS JAMES,<br><br>Defendants. | CR-21-72-GF-BMM<br><br>ORDER |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED that this case is UNSEALED at this time.

DATED this  11th day of January, 2022.

_____
John Johnston
United States Magistrate Judge

1