# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEION VINCENT BROWN, *aka Peat aka D*, <br><br> Defendant. | Case No. CR 21-72-GF-BMM <br><br> **ORDER** |

Defendant Deion Vincent Brown, having filed a Motion to Appear Via Video for Arraignment, there being no objection from the Government and good cause appearing;   IT IS HEREBY ORDERED that Deion Vincent Brown shall appear via video (Zoom) for the Arraignment in this matter, presently scheduled for Tuesday, January 25, 2022, beginning at 1:30 p.m.  Brown's counsel will contact the Clerk of Court's Office for the Zoom link.  Counsel will be appointed by separate Order.

DATED this 20th day of January, 2022.

_____
John Johnston
United States Magistrate Judge

1