## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-72-GF-BMM-01** |
| **Plaintiff,** | |
| **vs.** | **PRELIMINARY ORDER OF FORFEITURE** |
| **DEION VINCENT BROWN,** *aka Peat, aka D,* | |
| **Defendant.** | |

Before the Court is the United States' unopposed motion for preliminary order of forfeiture of the property identified below pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Deion Vincent Brown has been adjudged guilty of *Possession with Intent to Distribute Controlled Substances*, in violation of 21 U.S.C. § 841(a)(1), as charged in the Superseding Indictment (Doc. 10). As such, defendant's guilty plea and Plea Agreement (Docs. 169, 171) and the Offer of Proof (Doc. 170) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11).

Accordingly, IT IS ORDERED that the motion for preliminary order of forfeiture is GRANTED.

IT IS FURTHER ORDERED that Defendant Brown's interest in the following property is forfeited pursuant to Fed. R. Crim. P. 32.2(b):

a.  $15,756.69 in U.S. currency.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or a designated custodian, are directed to seize and/or maintain this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that, upon adjudication of any third-party interests, the Court will enter a final order of forfeiture pursuant to

///

///

///

21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which such interests will

be addressed.

DATED this 11th day of May 2026.

Brian Morris, Chief District Judge
United States District Courts